

FILED
CLERK, U.S. DISTRICT COURT

APR 22 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 10 - CR - 382 - 1 |
| v. | |
| Jose Carmen Corora Garcia | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of ___defendant___ , IT IS ORDERED that a detention hearing
is set for ___April 28, 2010___ , _____ , at _10:00_ ☒a.m. / ☐p.m. before the
Honorable ___Jacqueline Chooljian___ , in Courtroom _20_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___4/22/10___        _____
U.S. District Judge/Magistrate Judge